**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-31144
Summary Calendar
_____

MARCELL D. PIKE,

Plaintiff-Appellant,

VERSUS

HOME DEPOT USA INC, ET AL.,

Defendants,

HOME DEPOT USA, INC.,

Defendant-Appellee.

Appeal from the United States District Court for
the Middle District of Louisiana
(98-CV-1001)

February 26, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[1]

After a review of the record and the briefs, we affirm the
district court's judgment for essentially the reasons stated in the
district court's Memorandum Ruling dated August 11, 2000.

AFFIRMED.

---

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.